IN THE COUNTY COURT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.

**DIV. I**

JOSEPH TUCKER,

      Plaintiff,

Ib- 2008-CC- 0 I 8 0 4 9   -XXXX-MA

v.

COLLECTCORP CORPORATION,

      Defendant.

_____/

## COMPLAINT

NOW COMES the Plaintiff, JOSEPH TUCKER, by and through his attorneys, WEISBERG & MEYERS, LLC, complaining against the Defendant, COLLECTCORP CORPORATION, and alleging as follows:

### PRELIMINARY STATEMENT

1.     This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. §1692, et seq.

### PARTIES

2.     Plaintiff, JOSEPH TUCKER ("Plaintiff"), is a "consumer" as defined by the FDCPA, who was at all relevant times residing in Duval County, State of Florida.

3.     At all relevant times herein, Defendant, COLLECTCORP CORPORATION ("Defendant") or ("COLLECTCORP") acted as a debt collector within the meaning of 15 U.S.C. §1692a(6) in that it held itself out to be a company collecting a consumer debt allegedly owed by the Plaintiff.

4.       Defendant is a corporation that is authorized to do business in Duval County, Florida.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. COLLECTCORP

5.       Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

6.       Defendant is a debt collector that has made at least one attempt to collect an alleged debt from the Plaintiff.

7.       Defendant regularly collects debts from consumers such as the Plaintiff.

8.       On at least one occasion in the past year, Defendant's employees and agents called Plaintiff's son for purposed other than to locate the Plaintiff and disclosed the existence and details of Plaintiff's debt to him.

9.       Defendant's agents and employees failed to notify Plaintiff that they were calling from a debt collector's office in an attempt to collect a debt in every telephone call made to the Plaintiff.

10.      Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 in one or more of the following ways:

   a.       Without having received the prior consent of Plaintiff or the express permission of a court of competent jurisdiction,  and without it being necessary to effect a post-judgment remedy, communicating with a third party other than in the manner prescribed by law in violation of 15 U.S.C. §1692b and §1692c(b);

b.      Disclosing to a third party, Plaintiff's son, the existence and details of the debt allegedly owed by Plaintiff in violation of 15 U.S.C. §1692b(2) and §1692c(b);

c.      Failure to notify Plaintiff in each telephone call that the call was from a debt collector in violation of 15 U.S.C. §1692e(11); and

d.      Was otherwise deceptive and failed to comply with the Fair Debt Collection Practices Act.

11.      As a result of the above violations of the FDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiff, JOSEPH TUCKER, by and through his attorneys, respectfully prays for judgment as follows:

a.      All actual compensatory damages suffered;

b.      Emotional and/or mental anguish damages;

c.      Statutory damages of $1,000.00;

d.      Plaintiff's attorneys' fees and costs;

e.      Any other relief deemed appropriate by this Honorable Court.

## COUNT II
## COMMON LAW INVASION OF PRIVACY BY INTRUSION

12.      Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

13.     Defendant's aforementioned violations of the FDCPA also constitute an intentional intrusion into Plaintiff's private places and into private matters of Plaintiff's life, conducted in a manner highly offensive to a reasonable person.    Plaintiff had a subjective expectation of privacy in the context of Defendant's invasions, and this expectation was objectively reasonable under the circumstances

WHEREFORE, Plaintiff, JOSEPH TUCKER, by and through his attorneys, respectfully prays for judgment as follows:

a.      All actual compensatory damages suffered;

b.      Emotional and/or mental anguish damages;

c.      Plaintiff's attorneys' fees and costs; and

d.      Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

ALEX D. WEISBERG
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
9369 Sheridan Street, Ste. 656
Cooper City, FL 33024
(954) 212-2184
(866) 577-0963 fax

By:_____
    Alex D. Weisberg, Esq.
    FBN: 0566551