## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JOSEPH TUCKER,

                Plaintiff,

-vs-                                Case No.  3:08-cv-1121-J-34TEM

COLLECTCORP CORPORATION,

                Defendant.

_____

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Voluntary Dismissal with Prejudice (Dkt. No.8; Stipulation) filed on December 18, 2008.  In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice.  See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1.      This case is **DISMISSED with prejudice**.

2.      Each party shall bear its own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 19th day of December, 2008.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record